B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF PENNSYLVANIA

In re <u>Matthew E. Leary; ;Kimberly S. Myers</u>,               Case No. <u>14-05099</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus | CitiMortgage, Inc. |
| **Name of Transferee** | **Name of Transferor** |

| | |
|---|---|
| **Name and Address where notices to transferee should be sent:**<br>Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.<br>PO Box 1047<br>Hartford, CT 06143-1047 | Court Claim # (if known): <u>7</u><br>Amount of Claim: <u>262,933.67</u><br>Date Claim Filed: <u>01/09/2015</u> |
| **Phone:** _____ | **Phone:** _____ |
| **Last Four Digits of Acct #:** XXXX7799 | Last Four Digits of Acct #: |

**Name and Address where transferee payments should be sent (if different from above):**

Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

**Phone:** _____
**Last Four Digits of Acct #:** XXXX7799

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lisa Singer                    Date: <u>August 10, 2016</u>
Lisa Singer
Transferee/Transferee's Agent
Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Rd. Plainview, NY 11803

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Transfer of Claim has been served via Electronic Case Filing on the following parties:

Charles Joseph Hartwell, Esq.
Debtor(s) Attorney

Charles J. DeHart, III, Esq.
Chapter 13 Trustee


August        2016

_____
Marc Rosen